NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE A. BENAVIDES,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7066

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2275, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 15-day extension of time, until May 28, 2013, to file its response brief. George A. Benavides opposes.

Upon consideration thereof,

GEORGE BENAVIDES V. SHINSEKI                                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21